JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Studio 417, Inc. ;
4 Incorporated or Principal Place of Business in This State;
**County of Residence:** Greene County

**Defendant(s):**
First Listed Defendant:
The Cincinnati Insurance Company ;
5 Incorporated and Principal Place of Business in Another State; Ohio
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Greene County

**Plaintiff's Attorney(s):**

Brandon J.B. Boulware ( Studio 417, Inc.)
Boulware Law LLC
1600 Genessee St., Ste. 416
Kansas City, Missouri 64102
**Phone:** (816) 492-2826
**Fax:** (816) 492-2826
**Email:** brandon@boulware-law.com

Todd Johnson ( Studio 417, Inc.)
Votava Nantz & Johnson, LLC
9237 Ward Parkway, Ste. 240
Kansas City, Missouri 64114
**Phone:** (816) 895-8800
**Fax:**
**Email:** tjohnson@vnjlaw.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** 4 Incorporated or Principal Place of Business in This State
   **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 110 Insurance Contracts
**Cause of Action:** 28 U.S.C. 1332; 28 U.S.C. 2201: Diversity, class action, and declaratory judgment. Plaintiffs seek coverage from Defendant insurer under their policies of insurance for losses sustained as a

result of COVID-19.

**Requested in Complaint**

    **Class Action:** Class Action Under FRCP23

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Brandon J.B. Boulware

**Date:** 04/27/2020

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.