IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| STUDIO 417, INC., Individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| THE CINCINNATI INSURANCE COMPANY, | ) ) |
| Defendant. | ) ) |

Case No. 6:20-cv-03127-SRB

**DEFENDANT THE CINCINNATI INSURANCE COMPANY'S
<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER</u>**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and Local Rule 7.0, Defendant The Cincinnati Insurance Company respectfully moves the Court for an order granting a fourteen (14) day extension of time within which to answer Plaintiff's Class Action Complaint (Doc. 1), up to, and including June 5, 2020. Pursuant to Local Rule 7.0, Cincinnati is filing suggestions in support of this Motion.

WHEREFORE, Cincinnati prays for an order granting a fourteen (14) day extension of time within which to answer Plaintiff's Class Action Complaint (Doc. 1), and any other relief that may be necessary to achieve justice.

WALLACE SAUNDERS

BY: /s/ Michael L. Brown
    Michael L. Brown    MO 55732
    Kelvin J. Fisher      MO 56573
    10111 West 87th Street
    Overland Park, KS 66212
    (913) 888-1000 FAX - (913) 888-1065
    mbrown@wallacesaunders.com
    kfisher@wallacesaunders.com

ATTORNEYS FOR DEFENDANT THE CINCINNATI INSURANCE COMPANY

I hereby certify that on May 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Brandon J.B. Boulware
Boulware Law LLC
1600 Genessee Street, Suite 416
Kansas City, MO 64102
brandon@boulware-law.com

Todd Johnson
Votava Nantz & Johnson, LLC
9237 Ward Parkway, Suite 240
Kansas City, MO 64114
tjohnson@vnjlaw.com

ATTORNEYS FOR PLAINTIFF


  /s/ Michael L. Brown
For the Firm