IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| STUDIO 417, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 20-cv-03127-SRB |
| ) | |
| THE CINCINNATI INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiffs' Amended Motion for Appointment of Interim Class Counsel (Doc. #58). After reviewing the relevant factors pursuant to Federal Rule of Civil Procedure 23(g), the motion is GRANTED. The Court hereby appoints the following Interim Class Counsel:

1. Patrick J. Stueve
   Stueve Siegel Hanson, LLP
   460 Nichols Road, Suite 200
   Kansas City, Missouri, 64108

2. Dawn M. Parsons
   Shaffer Lombardo Shurin, P.C.
   2001 Wyandotte Street
   Kansas City, Missouri 64108

3. Sarah S. Ruane
   Wagstaff & Cartmell LLP
   4740 Grand Avenue, Suite 300
   Kansas City, MO 64112

4. Thomas A. Rottinghaus
   Wagstaff & Cartmell LLP
   4740 Grand Avenue, Suite 300
   Kansas City, MO 64112

Interim Class Counsel shall act on behalf of the putative class before the Court determines whether to certify the action as a class action. Fed. R. Civ. P. 23(g)(3). They shall also be responsible for any settlement negotiations with Defendant that would propose to resolve claims

on a class-wide or aggregate basis. Plaintiffs' original Motion for Appointment of Interim Class Counsel (Doc. #57) is DENIED AS MOOT.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 23, 2020